WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD (137919)
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com

Attorneys for Defendant
EQUILON ENTERPRISES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANDREW ARMASWALKER, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No. CV09-07183 ODW (PLAx)<br><br>**UPDATED JUDGMENT**<br><br>Complaint Filed: October 2, 2009<br><br>Courtroom: 11<br>Judge: Otis D. Wright II<br>M. Judge: Paul L. Abrams<br>Pre-Trial Conference: N/A<br>Trial Date: N/A |

Defendant Equilon Enterprises LLC dba Shell Oil Products US's ("Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment came on regularly for hearing at 1:30 p.m. on July 19, 2010, in Courtroom 11 of this Court, the Honorable Otis D. Wright II, presiding. Upon full consideration of all the papers submitted in support of and in opposition to the motion, the evidence presented by the parties, the issues having been duly heard and a decision having been duly rendered, the Court grants Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

In addition, upon full consideration of all the papers submitted in support of and in opposition to Defendant's Motion for Expert Witness Fees and the evidence presented by the parties, the Court grants in part Defendant's Motion for Expert Witness Fees, finding that Plaintiff Andrew Armaswalker's ("Plaintiff") entire action was frivolous under Section 2805(d)(3) of the Petroleum Marketing Practices Act (15 U.S.C. § 2801, *et seq*.). In light of this finding, the Court determines that Defendant has qualified for and is awarded its expert witness fees in the amount of $14,035.87.

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Defendant and against Plaintiff as follows:

1. Plaintiff shall take nothing and the action be dismissed on the merits;
2. Defendant shall recover from Plaintiff its ordinary costs in the amount of $6,216.68, as taxed by the Clerk in this matter on August 27, 2010; and
3. Defendant shall recover from Plaintiff expert witness fees in the amount of $14,035.87.

Dated: October 12, 2010

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1   Case No. CV09-07183 ODW (PLAx)
UPDATED JUDGMENT